RAMÓN M. ORTIZ, demandante y apelante, *v.* NICOLÁS AB-DEL-NOUR y AB-DEL-NOUR & KOURY, demandados y apelados; y RAMÓN TORRES PAGÁN, demandante y apelante, *v.* NICOLÁS AB-DEL-NOUR y AB-DEL-NOUR & KOURY, demandados y apelados.

No. 5301.—*Sometido:* Febrero 19, 1931. *Resuelto:* Abril 22, 1931.

En estos casos sobre daños y perjuicios reclamados por motivo de un choque de automóviles, el debate quedó planteado, como en la mayoría de estos casos, sobre la base de cuál de las partes fué la que a virtud de manejo negligente o temerario de su automóvil fué la culpable del accidente.

No habiéndose demostrado que la corte inferior hubiera cometido error manifiesto en la apreciación de la larga prueba sometida a su consideración ni que al imponer las costas hubiera cometido abuso alguno de discreción, el Tribunal Supremo confirmó las sentencias apeladas en ambos casos.